| Date | Transaction Type | Num | Name | Account | Bank Account | Amount paid by KJC |
|---|---|---|---|---|---|---|
| 12/25/2011 | Check | 12205 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 01/25/2012 | Check | 12697 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 02/25/2012 | Check | 13121 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 03/25/2012 | Check | 13514 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 04/25/2012 | Check | 13979 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 05/25/2012 | Check | 14393 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 06/25/2012 | Check | 14812 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 07/25/2012 | Check | 15288 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 08/25/2012 | Check | 15828 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 09/25/2012 | Check | 16492 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,458.33 |
| 10/22/2012 | Check | 17037 | Randy Fertitta | Interest Expense | Cash:Chase - Operating | 1,054.79 |
| 10/22/2012 | Check | 17037 | Randy Fertitta | Investor Payable | Cash:Chase - Operating | 100,000.00 |
| | | | | | | **115,638.09** |